IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02175-RPM-CBS

ROGER A. WEEKS,

        Plaintiff,

v.

FORWARD CONCEPTS, INC.,
a Colorado Corporation d/b/a
OUT WEST AWNING CO., INC., and
RICHARD D. FORWARD,

        Defendants.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to the Unopposed Motion to Dismiss with Prejudice, (Doc. #10), filed on August 21, 2006, it is

ORDERED that the Complaint of Roger A. Weeks and all claims contained therein are dismissed, with prejudice, all parties to pay their own costs and attorneys' fees.

DATED: August 21st , 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge